**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-2396**

RHONDA MEISNER,

             Plaintiff - Appellant,

        v.

ZYMOGENETICS INCORPORATED, a wholly owned subsidiary of
Bristol-Myers Squibb; TRACEY CALDERAZZO; ZYMOGENETICS LLC, a
wholly owned subsidiary of ZymoGenetics, Inc,

             Defendants - Appellees.


Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Cameron McGowan Currie, Senior
District Judge.   (3:12-cv-00684-CMC)


Submitted:  July 28, 2015          Decided:  August 11, 2015


Before WILKINSON, NIEMEYER, and AGEE, Circuit Judges.


Affirmed by unpublished per curiam opinion.


Rhonda Meisner, Appellant Pro Se.   Stephanie E. Lewis, Jonathan
A. Roth, JACKSON LEWIS PC, Greenville, South Carolina, for
Appellees.


Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rhonda Meisner appeals the district court's order accepting the recommendation of the magistrate judge, granting summary judgment to Appellees, and affirming the magistrate judge's denial of her motion to amend in her action alleging employment discrimination and related state-law claims. Meisner also appeals the district court's orders denying her Fed. R. Civ. P. 59(e) motion and taxing costs to her. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Meisner v. ZymoGenetics, Inc., No. 3:12-cv-00684-CMC (D.S.C. Sept. 22, 2014; Nov. 25, 2014; Dec. 2, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2